# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 16-384 GHK | Date | December 13, 2016 |
| Title | United States v. Pulido | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**     ORDER OF DETENTION

    Defendant is alleged to have violated the terms of her pretrial release. After consideration of the violation petition, the report and supporting materials from Pretrial Services, and the arguments of counsel, Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge.