FILED
CLERK, U.S. DISTRICT COURT

JAN 2 9 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR16-384 JFW-02 |
| Plaintiff, | ) ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) ) | 18 U.S.C. § 3143(a) · Allegations of Violations of |
| Claudia Valeska Pulido | ) ) | Probation/Supervised Release Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the _Central Dist. of Cal_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

See PSA report

B. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: See PSA report

IT IS ORDERED that defendant be detained.

DATED: 1-29-10

Frederick F. Mumm
United States Magistrate Judge

2